CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 30 2011

JULIA C. DUDLEY, CLERK
BY:
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

|  |  |  |
|---|---|---|
| JIMMIE L. REAVES, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:11cv00063 |
| | ) | |
| v. | ) | |
| | ) | **FINAL ORDER** |
| | ) | |
| MAJOR JACKSON, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendants. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 42 U.S.C. § 1997e(a), for failure to exhaust administrative remedies; plaintiff's pending motions are **DENIED**; and this action is stricken from the active docket of the court.

ENTER: This 29th day of March, 2011.

_____
Chief United States District Judge